**No. 10-7619. Demontray Thompson, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.**

562 U.S. 1202, 131 S. Ct. 1048, 178 L. Ed. 2d 869, 2011 U.S. LEXIS 931.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7629. Mark Conrad Faurot, II, Petitioner v. C. A. Terhune, et al.**

562 U.S. 1203, 131 S. Ct. 1048, 178 L. Ed. 2d 869, 2011 U.S. LEXIS 980.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 137.

**No. 10-7631. Levi Ford, Petitioner v. D. K. Sisto, Warden.**

562 U.S. 1203, 131 S. Ct. 1049, 178 L. Ed. 2d 869, 2011 U.S. LEXIS 942.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7632. Archer Bryant Hudson, Jr., Petitioner v. California Department of Corrections, et al.**

562 U.S. 1203, 131 S. Ct. 1062, 178 L. Ed. 2d 869, 2011 U.S. LEXIS 923.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7634. Matthew Gale, Petitioner v. Ricky Anderson.**

562 U.S. 1203, 131 S. Ct. 1049, 178 L. Ed. 2d 869, 2011 U.S. LEXIS 977.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 371 Fed. Appx. 394.

**No. 10-7637. Dusty Ray Spencer, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1203, 131 S. Ct. 1049, 178 L. Ed. 2d 869, 2011 U.S. LEXIS 1061.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 609 F.3d 1170.

**No. 10-7641. Barry Emmett, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1203, 131 S. Ct. 1049, 178 L. Ed. 2d 869, 2011 U.S. LEXIS 930.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 379 Fed. Appx. 321.